# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **Rafael Segovia,** <br> **individually,** <br><br> Plaintiff, <br> v. <br><br> **CARPENTER EQUITIES LTD.** <br> **a domestic corporation,** <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **Case No. 3:22-CV-00095-D** |

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 14th day of September, 2022.

/s/ Matthew Sapp, Esq.
Counsel for Plaintiff
Texas State Bar No.: 24075016
Telephone: 469-381-6833
Email: matt@sappsturgill.com

1

/s/ K. Michael Sturgill, Esq.
Counsel for Plaintiff
Texas State Bar No.: 24075588
Telephone: 214-504-6318
Email: mike@sappsturgill.com

## CERTIFICATE OF SERVICE

I certify that, on September 14, 2022, I caused a copy of the foregoing document to be filed through the Court's CM/ECF system, and emailed a copy of the document via electronic mail to:

Kendal B. Reed
Condon Tobin Sladek Thornton Nerenberg, PLLC
8080 Park Lane, Suite 700
Dallas, TX 75231
214-691-6300
kreed@condontobin.com

/s/ *Matthew Sapp*